TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: gsgilchrist@townsend.com, glcincone@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

**IT IS SO ORDERED**
*Judge James Ware*
1/18/2011

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>            Plaintiff,<br><br>      v.<br><br>S-DOUBLE CORP.,<br><br>            Defendant. | Case No. CV 10 2933-JW (HRL)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

   Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Levi Strauss & Co. voluntarily dismisses this action without prejudice.  As of this date, defendant has not filed an answer or otherwise responded to the complaint.  The Clerk shall close this file.


DATED:  January 14, 2011         TOWNSEND AND TOWNSEND AND CREW LLP


                                 By:    /s/ Gia L. Cincone
                                         Gia L. Cincone

                                 Attorneys for Plaintiff
                                 LEVI STRAUSS & CO.